UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ANTHONY HARRIS,

                Plaintiff,

      -v-

THE CITY OF NEW YORK, et al.,

                Defendants.

No. 07 Civ. 7894 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    Before the Court is plaintiff *pro se* Anthony Harris's motion for an extension of time in which to serve his complaint. Plaintiff filed his complaint on September 7, 2007. As such, his time to file the complaint expired on January 7, 2008, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff contends that problems relating to, among other things, correspondence with the Court, have prohibited him from serving the complaint, and he seeks additional time in order to serve.

    Plaintiff's motion is granted. Plaintiff shall serve the complaint on or before March 7, 2008. The plaintiff is advised that failure to serve the complaint by March 7, 2008 may result in dismissal of the case without prejudice. The Clerk of the Court shall terminate the motion docketed at Document # 4.

SO ORDERED.

Dated:    February 6, 2008
           New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE