UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY HARRIS,

           Plaintiff,

-v-

THE CITY OF NEW YORK, et al.,

           Defendants.

No. 07 Civ. 7894 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
2/13/08

RICHARD J. SULLIVAN, District Judge:

In accordance with this Court's order of February 6, 2008, the Pro Se Office is directed to prepare a new summons package in order to permit the Plaintiff to serve the complaint on or before March 7, 2008.

SO ORDERED.

Dated:    February 13, 2008
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE