UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY HARRIS,

          Plaintiff,

-v-

THE CITY OF NEW YORK, *et al.*,

          Defendants.

No. 07 Civ. 7894 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    In accordance with this Court's order of February 13, 2008, the Pro Se Office is directed to issue a second amended summons in this case. Plaintiff shall serve the complaint on or before April 7, 2008. Failure to serve the complaint by April 7, 2008 may result in dismissal of the case.

SO ORDERED.

Dated:    March 4, 2008
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE