UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TONY HARRIS,

              Plaintiff,

-v-

THE CITY OF NEW YORK, *et al.*,

              Defendants.

No. 07 Civ. 7894 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/08

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from plaintiff dated April 2, 2008, which the Court construes as a request for an extension of time in which to serve the amended complaint. Plaintiff has previously received two extensions of time in which to serve his complaint. In the Court's Order dated March 4, 2008, the Court instructed that failure to serve the complaint by April 7, 2008 could result in dismissal of the action. Plaintiff subsequently filed an amended complaint on March 14, 2008.

Plaintiff's request for an extension of time to serve the amended complaint is granted. Plaintiff shall serve the complaint on or before May 14, 2008. Plaintiff is warned that failure to serve the complaint by May 14, 2008 may result in dismissal of the case.

SO ORDERED.

Dated:     April 15, 2008
            New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE