UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONY HARRIS,

          Plaintiff,

-v-

THE CITY OF NEW YORK, *et al.*,

          Defendants.

No. 07 Civ. 7894 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Before the Court is plaintiff Tony Harris's "motion of need to compel identification and service," filed on July 24, 2008. In light of the Court's July 9, 2008 Order, plaintiff's motion is denied as moot. In that Order, the Court directed the City to assist plaintiff in identifying the individual defendants named in accordance with *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997) by August 25, 2008.

Plaintiff also appears to seek an order of the Court directing that plaintiff be allowed access to a typewriter. Plaintiff's motion is denied. If plaintiff is not allowed access to a typewriter in order to type submissions to the Court and defense counsel, plaintiff is permitted to neatly handwrite his papers.

The Clerk of the Court is respectfully directed to terminate the motion located at document number 18.

SO ORDERED.

Dated:    August 21, 2008
          New York, New York

                                                  RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE